LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MORRIS, <br><br> Plaintiff, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, <br><br> Defendants. | CASE NO. C 06 1289 JL <br><br> Before the Honorable JAMES LARSON <br><br> [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Conference Date: June 21, 2006 <br> Conference Time: 10:30 a.m. <br> Location: Courtroom F, 15th Floor <br> San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 21, 2006 Case Management Conference ("CMC") to October 25, 2006, at 10:30 a.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*

- 3 -   [PROPOSED] ORDER

1  *Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint
2  CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.
3  **IT IS SO ORDERED.**
4  DATED:  June 9, 2006

IT IS SO ORDERED
Judge James Larson