

A CERTIFIED TRUE COPY

AUG 16 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
AUG 16 2006

FILED
CLERK'S OFFICE

AUG 22 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*
*MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

*Katherine Morris v. AstraZeneca Pharmaceuticals, LP, et al.,* N.D. California, C.A. No. 3:06-1289 MMC

### ORDER VACATING CONDITIONAL TRANSFER ORDER

On August 2, 2006, the Panel filed an order conditionally i) transferring this action (*Morris*) to the Eastern District of New York in MDL-1596, ii) separating the Seroquel claim and remanding it to the Northern District of California, and iii) transferring the resulting Seroquel action to the Middle District of Florida in MDL-1769. The Panel has now been advised, however, that *Morris* was dismissed in the Northern District of California by the Honorable Maxine M. Chesney in an order filed on August 10, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-61" in MDL-1596 and as "CTO-3" in MDL-1769, filed on August 2, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel